UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DERRICK CARL ANDREWS,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBOLDT COUNTY, et al.,<br><br>    Defendants. | Case No.  23-cv-02421-RMI<br><br>**ORDER TO SHOW CAUSE** |

On September 12, 2023, this matter came on for a hearing on Defendants' Motion to Dismiss (dkt. 14), at which Plaintiff failed to appear. Plaintiff has also failed to file any opposition to Defendants' Motion. In addition, Plaintiff failed to participate in the preparation of a joint case management conference statement, ignoring attempts at communication from opposing counsel on August 16th & 21st, in violation of Fed. R. Civ. P. 26(f) and Civ. Local Rule 16-3. *See* (dkt. 18). It appears then that Plaintiff has abandoned this case.

Accordingly, it is **ORDERED** that Plaintiff shall appear before the court on September 19, 2023, at 11a.m. at the Eureka-McKinleyville Courthouse, 3140 Boeing Ave, McKinleyville, CA 95519, and **SHOW CAUSE** as to why this case should not be dismissed for failure to prosecute and failure to comply with court orders.

Because counsel for Defendants previously appeared at the scheduled hearing and because the court is not certain that Plaintiff will appear for the show cause hearing, Counsel for Defendants may appear at the Show Cause hearing by telephone.

**IT IS SO ORDERED.**

Dated: 9/12/2023

                                                ROBERT M. ILLMAN<br>
                                                United States Magistrate Judge